# EXHIBIT C



## Borough of Olyphant
Permits, Zoning, Code Enforcement

November 2, 2023

Chelsea M. Bliler
Paige Bliler
David Bliler
309 Mooney Street
Olyphant, PA 18447

**RE: Notice of Violations at 309 Mooney Street Olyphant, PA 18447
Olyphant Borough Zoning Ordinance #4-A-2019**

The above property mentioned is located in a R-2 Zone as defined in the Olyphant Borough Zoning Ordinance as Medium Density Residential District.

This **NOTICE** is to inform you that the sign installed on the side of the property located at 309 Mooney Street Olyphant, PA (aka PIN #11407.050.023) is in violation of **Olyphant Borough Zoning Ordinance #4A-2019**. Specifically; **Section 910** which requires that a permit must first be obtained to erect any sign; also, **Section 916 A 1,** which limits the area of a sign to a maximum of six (6) square feet. A full copy of the Olyphant Borough Zoning Ordinance may be viewed on our website (olyphantborough.com).

You are hereby ordered to apply for and obtain a permit and comply with all regulations regarding said sign as contained in the Ordinance within ten (10) days of this Notice. (application enclosed for your convenience)

Any person, firm or corporation who or which has violated or permitted the violation of any of the provisions of this Zoning Ordinance shall, upon being found liable therefore in a civil enforcement proceeding commenced by the Borough, pay a judgement of not more than five-hundred ($500.00) dollars plus all court costs, including reasonable attorney fees incurred by the Borough as a result thereof. No judgement shall commence or be imposed, levied or be payable until the date of the determination of a violation by the magisterial district judge. If the defendant neither pays nor timely appeals the judgement, the Borough may enforce the judgement pursuant to the applicable rules of civil procedure.

Each day that a violation continues shall constitute a separate violation, unless the magisterial district judge determining that there has been a violation further determines

113 Willow Avenue, Olyphant, Pennsylvania 18447-1498
(570) 489-7897
FAX (570) 383-7818

that there was a good faith basis for the person, partnership or corporation violating the Ordinance to have believed that there was no such violation until the fifth day following the date of the determination of a violation, in which event there shall be deemed to have been only one such violation until the fifth day following the date of the determination by the magisterial district judge and thereafter each day that a violation continues shall constitute a separate violation. All judgements, costs and reasonable attorney fees collected for the violation of this Zoning Ordinance shall be paid over to the Borough.

You have the right to appeal this Notice to the Olyphant Borough Zoning Hearing Board (application enclosed) within thirty (30) days of this Notice. Failure to comply with this Notice within thirty (30) days or appeal to the Zoning Hearing Board, shall constitute a violation.

Respectively,

William Shigo
Zoning Officer
Olyphant Borough

CC: USPS & Certified Mail #9589 0710 5270
     Borough Solicitor/Manager
     File



**OLYPHANT BOROUGH ZONING/BUILDING PERMIT APPLICATION**

113 WILLOW STREET   OLYPHANT, PA 18447

570.489.7897                OLYZONING@COMCAST.NET

Application is hereby made for a permit to erect or alter a structure and/or to use the premises for the purpose(s) described herewith. The information which follows is made part of this application by the undersigned. It is understood and agreed by this applicant that any misstatement or misrepresentation of material fact, either with or without intention on the part of this applicant, such as might or would operate to cause a refusal of this application, or any change in the location, size or use of structure or land made subsequent to the issuance of this permit without approval of the Zoning Office, shall constitute sufficient ground for the revocation of this permit.

**LOCATION, OWNERSHIP & PRESENT USE OF PROPERTY**

OWNER: _____

PHONE: _____   CELL PHONE: _____

OWNER ADDRESS: _____

EMAIL ADDRESS: _____

ADDRESS FOR WHICH APPLICATION IS BEING MADE: _____

PRESENT USE OF STRUCTURE/No. of DWELLING UNITS: _____ / _____

ZONE: _____   TAX MAP PARCEL # _____   FLOOD PLAIN DESIGNATION: _____

**PROPOSED USE OF STRUCTURE AND/OR LAND (CHECK ALL THAT APPLY):**

NEW STRUCTURE ____  ADDITION ____  ALTERATION ____  CHANGE OF USE ____  SIGN ____  DEMOLITION ____  OTHER ____

SPECIFIC EXPLANATION OF PROJECT: _____
_____

ESTIMATED COST OF PROJECT: _____

**CONTRACTOR**

NAME: _____   PA HIC # _____

ADDRESS: _____

PHONE #: _____   CELL #: _____   EMAIL: _____

ISSUANCE OF THIS PERMIT DOES NOT RELIEVE THE APPLICANT OF SECURINNG ANY AND ALL OTHER REQUIRED PERMITS OR APPROVALS FROM THE BOROUGH OF OLYPHANT OR OTHER APPLICABLE DEPARTMENTS OR AUTHORITIES. A FLOOR PLAN AND/OR A SITE PLAN MAYBE REQUIRED WITH THIS APPLICATION.
ALL BUILDING AND/OR REMODELING DEBRIS GENERATED IS THE SOLE RESPONSIBILITY OF THE OWNER/CONTACTOR. DO NOT PLACE THESE MATERIALS OR OTHER CONTSTRUCTION MATERIAL CURBSIDE.

OWNER SIGNATURE: _____   DATE: _____

OFFICE USE ONLY:
DATE APPLICATION RECEIVE _____   ZONING DISTRICT _____   SITE PLAN  Y  N    PLANNING COMMISSION  Y  N   PERMIT DENIED  Y  N
REASON FOR DENIAL _____

ZONING HEARING BOARD  Y  N
DATE ISSUED/DENIED: _____   PERMIT # _____
ZONING OFFICER: _____



**OLYPHANT BOROUGH**
**ZONING HEARING BOARD APPLICATION**

DATE: _____

REQUESTED ACTION:   VARIANCE ____   APPEAL _____   SPECIAL EXCEPTION ____   OTHER _____

APPLICANT NAME: _____   OWNER:  YES   NO  (CIRCLE ONE)

APPLICANT ADDRESS: _____   ZIP CODE: _____

APPLICANT PHONE NUMBERS: _____ CELL: _____

LOCATION OF PROPERTY: _____

PROPERTY CURRENT ZONE DISTRICT: _____

PROPERTY OWNER NAME, ADDRESS & PHONE #'s (IF DIFFERENT THAN APPLICANT):

_____

NOTE: PROPERTY OWNER MUST AGREE IN WRITING TO THIS REQUEST (ATTACH NOTARIZED WRITTEN PERMISSION)

DESCRIBE THE REASON FOR REQUEST: (ATTACHED ADDITIONAL SHEET IF NECESSARY)_____

_____

HAS THE ZONING HEARING BOARD ACTED ON ANY PREVIOUS REQUESTS INVOLVING THIS PROPERTY?   Y   N

IF YES, PLEASE EXPLAIN. ( ATTACHED SEPARATE SHEET)

LIST ALL AFFECTED PROPERTY OWNERS: (PROPERTIES ADJOINING, ABUTTING & ACROSS THE STREET)

(ATTACH SEPARATE SHEET IF NECESSARY)

| NAME | ADDRESS |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

BY SIGNING THIS APPLICATION, APPLICANT ATTESTS THAT ALL INFORMATION CONTIANED HEREIN IS TRUE AND ACCURATE

SIGNED: _____   DATE: _____

PRINT NAME: _____

APPLICATION CANNOT BE PROCESSED WITHOUT PROVIDING  ALL INFORMATION REQUESTED ABOVE & PAYMENT

*OFFICE USE ONLY:* PAYMENT ENCLOSED OF $500.00:   YES ____   NO ____   DATE REC'D _____