IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVE BLILER; CHELSEA BLILER; and PAIGE BLILER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OLYPHANT BOROUGH, Pennsylvania; and WILLIAM SHIGO, in his official capacity as Zoning Officer for Olyphant Borough, Pennsylvania,<br><br>*Defendants*. | Case No. |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Dave Bliler, Chelsea Bliler, and Paige Bliler (the "Blilers"), by and through undersigned counsel, hereby move for a preliminary injunction against Defendants Olyphant Borough, Pennsylvania (the "Borough"), and William Shigo in his official capacity as Borough Zoning Officer.

The Blilers respectfully ask this Court to preliminarily enjoin enforcement of certain provisions of the Olyphant Borough Zoning Ordinance (the "Ordinance"), a copy of which is attached to the Blilers' Complaint as Exhibit A, insofar as the Ordinance applies to the sign (the "Sign") described in the accompanying Memorandum of Law. Specifically, the Blilers move this Court to preliminarily enjoin enforcement of the following provisions of the Ordinance: (1) the

1

Ordinance's permitting requirement applicable to certain signs, Ordinance § 910; (2) the Ordinance's six-square-foot size limitation applicable to signs, Ordinance § 916.A.; and (3) the Ordinance's enforcement provisions vis-a-vis the permitting requirement and size limitation, Ordinance §§ 909.H and 1201–1213. The purpose of this request is to allow the Blilers to display the Sign on their property at 309 Mooney Street during the pendency of this litigation without interference by Defendants under the Ordinance's permitting requirement or size restrictions.

As set forth in the accompanying Memorandum of Law, the Ordinance violates the Blilers' constitutional rights. The Ordinance's numerical and size restrictions are content based and do not satisfy either strict scrutiny or intermediate scrutiny. In addition, the Ordinance's permitting regime impermissibly delegates unbridled discretion to Defendants and does satisfy intermediate scrutiny. In addition, the equitable factors favor granting the Blilers a preliminary injunction.

This Motion is made pursuant to Federal Rule of Civil Procedure 65(a) and is supported by the accompanying Memorandum of Law, the Blilers' Verified Complaint, the Exhibits attached thereto, and the entire record and file herein. Further, the Blilers respectfully request that this Motion be granted expedited consideration is light of the ongoing violations of the Blilers' constitutional rights.

[SIGNATURE BLOCKS ON FOLLOWING PAGE]

| | |
|---|---|
| Dated: December 12, 2023 | Respectfully submitted, |

*/s/ Karin Sweigart*
Karin Sweigart
(PA Bar ID: 317970)
DHILLON LAW GROUP INC
177 Post Street, Suite 700
San Francisco, California 94108
415 433-1700
KSweigart@Dhillonlaw.com

Josh Dixon*
Eric A. Sell*
CENTER FOR AMERICAN LIBERTY
1311 Main Street, Suite 207
Mount Airy, MD 21770

*Counsel for Plaintiffs*
* *Pro Hac Vice* application forthcoming